UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 1:22-cr-__56-SM-01__ |
| v. ) | |
| ) | |
| RUDY ANTONIO CRUZ ) | |
| ) | |

## INDICTMENT

**The Grand Jury charges:**

## COUNT ONE

**[21 U.S.C. §§ 841(a)(1), (b)(1)(C)
Possession with Intent to Distribute Controlled Substances]**

On or about November 30, 2021, in the District of New Hampshire, the defendant,

**RUDY ANTONIO CRUZ**,

knowingly and intentionally possessed with intent to distribute controlled substances, specifically a mixture and substance containing a detectable amount cocaine base, commonly known as crack cocaine, a mixture and substance containing a detectable amount of cocaine, and a mixture and substance containing a detectable amount of fentanyl, all Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

## COUNT TWO

**[18 U.S.C. § 924(c)(1)(A) – Possession of a Firearm in Furtherance of Drug Trafficking]**

On or about November 30, 2021, in the District of New Hampshire, the defendant,

**RUDY ANTONIO CRUZ,**

did knowingly possess a firearm, namely, a Freedom Arms FX-9 semi-automatic pistol, bearing serial number 021520, in furtherance of a drug trafficking crime for which he may be

prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances as alleged in Count One of this Indictment. All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## NOTICE OF FORFEITURE

Upon conviction of the controlled substance offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853(a), any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offenses, including, but not limited to: (A) one .556 Rifle, S/N DB2002529; (B) 93 rounds of 9mm ammunition; (C) One Freedom Arms FX-9 semi-automatic pistol, S/N 021520; (D) one Taurus .38 revolver, S/N MB47194, (E) one Glock .45 semi-automatic pistol, S/N BHXF865, (F) one Taurus .357 revolver, S/N LU462984, and (G) one Shotgun 12 gauge, S/N 18PU1203865.

Upon conviction of the offense alleged in Count Two of this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition used, or intended to be used, to commit, or to facilitate the commission of the charged offenses, including, but not limited to: (A) One Freedom Arms FX-9 semi-automatic pistol, S/N 021520, and (B) 93 rounds of 9mm ammunition.

A TRUE BILL

Dated:  May 16, 2022

/s/ Foreperson of the Grand Jury
Foreperson of the Grand Jury

JANE E. YOUNG
United States Attorney

By:     /s/ Joachim H. Barth
        Joachim H. Barth
        Assistant U.S. Attorney