# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Cr. No. 1:22-cr-56-01-SM** |
| ) | |
| **RUDY ANTONIO CRUZ** ) | |

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 16th day of May, 2022.

This 5/16/2022.

JANE E. YOUNG
United States Attorney

/s/ Joachim H. Barth
Joachim H. Barth
Assistant U.S. Attorney

WARRANT ISSUED: _____